# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ADVANCED ADVISORS G.P., | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | LA CV14-01420 JAK (SSx) |
| v. | |
| STEPHEN BERMAN, et al., | RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS |
| DEFENDANT(S). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 04/09/2014 | 14 | Application to Appear Pro Hac Vice |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____.
☐ The hearing date has been rescheduled to _____ at _____
☑ Other

Counsel shall pay the fee pursuant to L.R. 83-2.1.3.3(c) by May 2, 2014. The application will be stricken if the fee is not paid by May 2, 2014.

Clerk, U.S. District Court

Dated: April 28, 2014        By: Andrea Keifer
                                 Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge

RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS
G-112B (01/07)