# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | LA CV13-05388 JAK (SSx)<br>LA CV14-01420 JAK (SSx) | Date | June 2, 2014 |
|---|---|---|---|
| Title | John Melot v. JAKKS Pacific, Inc., et al.<br>Advanced Advisors G. P. v. Stephen Berman, et al. | | |

Present: The Honorable   JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Andrea Keifer | Alex Joko |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Jeremy A. Lieberman<br>Jennifer Pafiti<br>Laurence D. Paskowitz<br>Jeffrey C. Block | Jonathan J. Lerner<br>Maura B. Grinalds<br>Peter Morrison |

**Proceedings:** **DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS (DKT. 48)** *(LA CV13-05388 JAK (SSx))*;

**STATUS AND SCHEDULING CONFERENCE** *(LA CV13-05388 JAK (SSx));*

**SCHEDULING CONFERENCE** *(LA CV14-01420 JAK (SSx))*

The motion hearing is held. The Court states its tentative views and is inclined to grant with leave to amend Defendants' Motion to Dismiss First Amended Complaint for Violations of the Federal Securities Laws (the "Motion"). Counsel address the Court. The Court takes the Motion UNDER SUBMISSION and will issue a written ruling.

The scheduling conference is held in both matters. The Court confers with counsel regarding the status of the case and the parties' respective Joint Reports. Counsel shall confer and file a joint scheduling report in each case within 14 days of the written ruling on the Motion, which shall include: (i) a revised set of proposed dates consistent with the Court's tentative views on scheduling; (ii) whether the parties believe it would be most efficient to have one mediation session with one private neutral or whether each case should proceed on its own schedule with respect to settlement; and (iii) how best to proceed with the derivative action. The Court will either set a status and scheduling conference upon receipt of parties' reports or issue a ruling setting the dates in both actions.

///

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV13-05388 JAK (SSx) <br> LA CV14-01420 JAK (SSx) | Date | June 2, 2014 |
|---|---|---|---|
| Title | John Melot v. JAKKS Pacific, Inc., et al. <br> Advanced Advisors G. P. v. Stephen Berman, et al. | | |

Defendants' Motion to Dismiss Verified Shareholders' Derivative Amended Complaint, Or in the Alternative, to Stay the Action filed in both actions (Dkt. 63, 30) are advanced from September 15, 2014 to September 8, 2014 at 8:30 a.m.

**IT IS SO ORDERED.**

|   | : | 40 |
|---|---|---|
| Initials of Preparer | ak | |