Peter B. Morrison (Bar # 230148)
peter.morrison@skadden.com
Allison B. Holcombe (Bar # 268198)
allison.holcombe@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone:  (213) 687-5000 Facsimile: (213) 687-5600

Jonathan Lerner * admitted *pro hac vice*
jonathan.lerner@skadden.com
Maura Barry Grinalds *admitted *pro hac vice*
maurabarry.grinalds@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
New York, NY 10036
Telephone:  (212)735-3000 Facsimile:  (212)735-2000

Attorneys for Defendants
Stephen G. Berman, Joel M. Bennett, Michael G. Miller, Murray L. Skala, Robert E. Glick, Marvin Ellin, Leigh Anne Brodsky, Rex H. Poulsen, Peter F. Reilly, Dan Almagor and Nominal Defendant JAKKS Pacific, Inc.

[Counsel for Plaintiffs on Signature Page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED ADVISORS, G.P., *et al.*<br>       Plaintiffs,<br><br>    v.<br><br>STEPHEN BERMAN, an individual;<br>JOEL BENNETT, an individual;<br>MICHAEL G. MILLER, an individual;<br>MURRAY L. SKALA, an individual;<br>ROBERT E. GLICK; an individual;<br>MARVIN ELLIN, an individual;<br>LEIGH ANNE BRODSKY, an individual;<br>REX H. POULSEN, an individual; and<br>PETER F. REILLY, an individual,<br><br>       Defendants.<br>  and<br>JAKKS PACIFIC, INC.,<br>       Nominal Defendant. | CASE NO.:  2:14-01420-JAK (SSx)<br><br>**JOINT APPLICATION RE: HEARING DATE** |

JOINT APPLICATION RE HEARING DATE

1  WHEREAS, the Verified Shareholders' Derivative Amended Complaint
2  ("DAC") was filed in this case on April 30, 2014;
3  WHEREAS, Defendants' Motion to Dismiss, Or In The Alternative, Stay the
4  DAC (the "Motion") was filed on May 27, 2014 and the hearing on the motion (the
5  "Hearing") was set for September 15, 2014;
6  WHEREAS, at the June 2, 2014 scheduling conference in this matter, the
7  Court requested that the hearing on the Motion be rescheduled for September 8,
8  2014;
9  WHEREAS, Defendants' counsel has a conflict in another matter involving a
10 mediation that cannot be scheduled on another date;
11 WHEREAS, the parties have conferred and are both available to attend a
12 Hearing on September 22, 2014;
13 IT IS HEREBY STIPULATED AND RESPECTFULLY REQUESTED, by
14 the parties, through their undersigned counsel, that the Hearing be held on September
15 22, 2014.  The current briefing schedule will not change.

17 Dated: June 20, 2014         SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

19                              By:  /s/ Peter B. Morrison
20                                   Peter B. Morrison
                                     Jonathan Lerner
21                                   Maura Barry Grinalds
                                     Attorneys for Defendants
22
                                     300 South Grand Ave., Suite 3400
23                                   Los Angeles, CA 90071
                                     Telephone: 213-687-5000
24                                   Facsimile: 310-687-5600
25
                              All other signatories listed, and on whose behalf the filing
26                            is submitted, concur in the filing's content and have
                              authorized the filing.
27
28

2
JOINT APPLICATION RE HEARING DATE

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: June 20, 2014 | LAW OFFICES OF DAVID N. LAKE |
| 3 | | |
| 4 | | By: _____/s/ David N. Lake_____ |
| 5 | | David N. Lake<br>Attorney for Plaintiffs |
| 6 | | 16130 Ventura Boulevard, Suite 650 |
| 7 | | Encino, California 91436<br>Telephone: (818) 788-5100 |
| 8 | | Facsimile: (818) 788-5199 |
| 9 | | |
| 10 | | Plaintiffs' Interim Liaison Counsel |
| 11 | | BLOCK & LEVITON LLP |
| 12 | | Jeffrey C. Block<br>Joel A. Fleming (Bar # 281264) |
| 13 | | 155 Federal Street |
| 14 | | Boston, MA 02110<br>617-398-5600 |
| 15 | | 617-507-6020 (Fax) |
| 16 | | jeff@blockesq.com<br>joel@blockesq.com |
| 17 | | |
| 18 | | THE PASKOWITZ LAW FIRM P.C.<br>Laurence D. Paskowitz |
| 19 | | 208 East 51st Street Suite 380 |
| 20 | | New York, NY 10022<br>212-685-0969 |
| 21 | | 212-685-2306 (Fax) |
| 22 | | classattorney@aol.com |
| 23 | | Plaintiffs' Interim Co-Lead Counsel |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

2
JOINT APPLICATION RE HEARING DATE

743113-LACSR02A - MSW