## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV14-01420 JAK (SSx) | Date | August 11, 2014 |
| Title | Advanced Advisors G. P. v. Stephen Berman, et al. *(Consolidated Case LA CV14-01670 JAK (SSx): Louisiana Municipal Police Employees Retirement System v. Stephen Berman, et al.)* | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Recorded |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER AMENDING PRETRIAL AND TRIAL DATES

The Court has received the parties' joint report regarding scheduling in *Melot v. JAKKS Pacific, Inc., et al.*, LA CV13-05388 JAK (SSx) (Dkt. 70) and amends the pretrial and trial dates set in this action as follows:

| | |
|---|---|
| September 8, 2014 at 8:30 a.m.: | Hearing on Defendants' Motion to Dismiss Verified Shareholders' Derivitive Amended Complaint, Or in the Alternative, to Stay the Action (Dkt. 30) |
| September 8, 2014 at 8:30 a.m.: | Status Conference re Settlement Method |
| September 18, 2015: | Non-Expert Discovery Cutoff |
| October 6, 2015: | Plaintiff's Initial Expert Disclosure Cutoff |
| November 6, 2015: | Defendants' Initial Expert Disclosure Cutoff |
| November 16, 2015: | Last Day to File Motion for Summary Judgment |
| December 7, 2015: | Rebuttal Expert Disclosure Cutoff |
| December 14, 2015: | Last Day to File Opposition to Motion for Summary Judgment |
| December 21, 2015: | Expert Discovery Cutoff |
| January 11, 2016: | Last Day to File Reply re: Motion for Summary Judgment |

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV14-01420 JAK (SSx) | Date | August 11, 2014 |
|---|---|---|---|
| Title | Advanced Advisors G. P. v. Stephen Berman, et al. *(Consolidated Case LA CV14-01670 JAK (SSx): Louisiana Municipal Police Employees Retirement System v. Stephen Berman, et al.)* | | |

| | |
|---|---|
| January 25, 2016 at 8:30 a.m.: | Hearing on Motion for Summary Judgment and Last Day to Hear Motions |
| February 29, 2016 at 3:00 p.m.: | Final Pretrial and Exhibit Conference |
| March 15, 2016 at 9:00 a.m.: | Jury Trial |

Counsel for all parties shall comply with this Court's Standing Orders with respect to documents to be prepared and filed in connection with the Final Pretrial Conference.

**IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
|  | Initials of Preparer | ak |