Peter B. Morrison (Bar # 230148)
peter.morrison@skadden.com
Allison B. Holcombe (Bar # 268198)
allison.holcombe@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone:  (213) 687-5000 Facsimile: (213) 687-5600

Jonathan Lerner * admitted *pro hac vice*
jonathan.lerner@skadden.com
Maura Barry Grinalds *admitted *pro hac vice*
maurabarry.grinalds@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
New York, NY 10036
Telephone:  (212)735-3000 Facsimile:  (212)735-2000

Attorneys for Defendants
Stephen G. Berman, Joel M. Bennett, Michael G. Miller, Murray L. Skala, Robert E. Glick, Marvin Ellin, Leigh Anne Brodsky, Rex H. Poulsen, Peter F. Reilly, Dan Almagor and Nominal Defendant JAKKS Pacific, Inc.

[Counsel for Plaintiffs on Signature Page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED ADVISORS, G.P., *et al.*<br>Plaintiffs,<br>v.<br>STEPHEN BERMAN, an individual;<br>JOEL BENNETT, an individual;<br>MICHAEL G. MILLER, an individual;<br>MURRAY L. SKALA, an individual;<br>ROBERT E. GLICK; an individual;<br>MARVIN ELLIN, an individual;<br>LEIGH ANNE BRODSKY, an individual;<br>REX H. POULSEN, an individual; PETER F. REILLY, an individual; and DAN ALMAGOR, an individual,<br><br>Defendants.<br>and<br>JAKKS PACIFIC, INC.,<br>Nominal Defendant. | CASE NO.:  2:14-01420-JAK (SSx)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE: DATE TO ANSWER DERIVATIVE AMENDED COMPLAINT** |

JOINT STIPULATION RE ANSWER DATE

WHEREAS, the Verified Shareholders' Derivative Amended Complaint ("DAC") was filed in this case on April 30, 2014;

WHEREAS, Defendants' Motion to Dismiss, Or In The Alternative, Stay the DAC (the "Motion") was fully briefed and a hearing on the motion was held on September 8, 2014;

WHEREAS, the Court entered an Order on September 17, 2014 which <u>granted the Motion with prejudice</u>, as to Plaintiffs' claims for contribution and breach of fiduciary duty arising out of the Securities Class Action; <u>granted the motion without prejudice</u> as to Plaintiffs' Section 14 claim arising out of the October 25, 2013 proxy statement and breach of fiduciary duty claims arising out of Dr. Soon's acquisition of shares and the Board's approval of the DreamPlay Joint Ventures; and <u>denied</u> the motion as to the purported <u>Unocal</u> claims arising out of the Shareholders Rights Agreement and repurchase;

WHEREAS, the Order stated that any amended complaint must be filed by October 2, 2014;

WHEREAS, Plaintiffs do not intend to file an amended complaint in response to the Court's decision;

WHEREAS, Federal Rule of Civil Procedure 12(a)(4) provides an answer shall be filed 14 days after a court denies a motion under F.R.C.P. 12, and does not explicitly address when an answer must be filed where, as here, plaintiff may file an amended complaint but chooses not to do so;

WHEREAS, the parties are discussing the possibility of mediation;

WHEREAS, the parties have conferred and agreed to a deadline by which Defendants must file an answer to the DAC;

*/ / /*

IT IS HEREBY STIPULATED AND AGREED, by the parties, through their undersigned counsel, that Defendants be required to answer the DAC no later than October 30, 2014.

Dated: September 29, 2014

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _/s/ Peter B. Morrison_
Peter B. Morrison
Jonathan Lerner
Maura Barry Grinalds
Attorneys for Defendants

300 South Grand Ave., Suite 3400
Los Angeles, CA 90071
Telephone: 213-687-5000
Facsimile: 310-687-5600

All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: September 29, 2014 | LAW OFFICES OF DAVID N. LAKE |
| 3 | | |
| 4 | | By:         /s/ David N. Lake |
| 5 | | David N. Lake<br>Attorney for Plaintiffs |

Dated: September 29, 2014

LAW OFFICES OF DAVID N. LAKE

By:    /s/ David N. Lake
      David N. Lake
      Attorney for Plaintiffs

16130 Ventura Boulevard, Suite 650
Encino, California 91436
Telephone: (818) 788-5100
Facsimile: (818) 788-5199

Plaintiffs' Interim Liaison Counsel

BLOCK & LEVITON LLP
Jeffrey C. Block
Joel A. Fleming (Bar # 281264)
155 Federal Street
Boston, MA 02110
617-398-5600
617-507-6020 (Fax)
jeff@blockesq.com
joel@blockesq.com

THE PASKOWITZ LAW FIRM P.C.
Laurence D. Paskowitz
208 East 51st Street Suite 380
New York, NY 10022
212-685-0969
212-685-2306 (Fax)
classattorney@aol.com

Plaintiffs' Interim Co-Lead Counsel