Peter B. Morrison (Bar # 230148)
peter.morrison@skadden.com
Allison B. Holcombe (Bar # 268198)
allison.holcombe@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone:  (213) 687-5000 Facsimile: (213) 687-5600

Jonathan Lerner * admitted *pro hac vice*
jonathan.lerner@skadden.com
Maura Barry Grinalds *admitted *pro hac vice*
maurabarry.grinalds@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
New York, NY 10036
Telephone:  (212)735-3000 Facsimile:  (212)735-2000

Attorneys for Defendants
Stephen G. Berman, Joel M. Bennett, Michael G. Miller, Murray L. Skala, Robert E. Glick, Marvin Ellin, Leigh Anne Brodsky, Rex H. Poulsen, Peter F. Reilly, Dan Almagor and Nominal Defendant JAKKS Pacific, Inc.

[Counsel for Plaintiffs on Signature Page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED ADVISORS, G.P., *et al.*<br><br>      Plaintiffs,<br><br>      v.<br><br>STEPHEN BERMAN, an individual;<br>JOEL BENNETT, an individual;<br>MICHAEL G. MILLER, an individual;<br>MURRAY L. SKALA, an individual;<br>ROBERT E. GLICK; an individual;<br>MARVIN ELLIN, an individual;<br>LEIGH ANNE BRODSKY, an individual;<br>REX H. POULSEN, an individual; PETER F. REILLY, an individual, and DAN ALMAGOR, an individual.<br><br>      Defendants.<br>   and<br>JAKKS PACIFIC, INC.,<br>      Nominal Defendant. | CASE NO.:  2:14-01420-JAK (SSx)<br><br>**JOINT REPORT WITH RESPECT TO POSSIBLE SETTLEMENT PROCESS PURSUANT TO SEPTEMBER 16, 2014 ORDER** |

**JOINT REPORT PER ORDER**

On September 16, 2014, the Court entered an Order addressing Defendants' Motion to Dismiss the Verified Shareholders' Derivative Complaint ("Motion").  The Order <u>granted the Motion with prejudice</u>, as to Plaintiffs' claims for contribution and breach of fiduciary duty arising out of the Securities Class Action; <u>granted the Motion without prejudice</u> as to Plaintiffs' Section 14 claim arising out of the October 25, 2013 proxy statement and breach of fiduciary duty claims arising out of Dr. Soon's acquisition of shares and the Board's approval of the DreamPlay Joint Ventures; and <u>denied</u> the Motion as to the asserted claims arising out of the Shareholders Rights Agreement and repurchase.

The Order provided that "any amended complaint shall be filed on or before October 2, 2014." (Order at 24.)  The Order also directed the parties to meet and confer then submit a joint report with the parties' views as to "whether a settlement process would be productive, and if so, the type of process, <u>e.g.</u>, private mediation, or a conference with the Magistrate Judge, and the date by which such a conference could be completed." (<u>Id.</u>)  Plaintiffs do not intend to amend their complaint at this time and intend to proceed on the claims that were not dismissed in the Court's Order.

The parties have met and conferred regarding a possible settlement process and have agreed that a private mediation could be productive.  The parties have decided on a mutually agreeable mediator and contacted him to determine his interest and schedule.  Given the need to prepare mediation statements and schedule a mediation session, we anticipate the mediation would occur within 90 to 120 days.

/ / /

Dated: October 2, 2014     SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Peter B. Morrison
Peter B. Morrison
Attorneys for Defendants

300 South Grand Ave., Suite 3400
Los Angeles, CA 90071
Telephone: 213-687-5000
Facsimile: 310-687-5600

All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 2, 2014     LAW OFFICES OF DAVID N. LAKE

By: /s/ David N. Lake
David N. Lake
Attorney for Plaintiffs

16130 Ventura Boulevard, Suite 650
Encino, California 91436
Telephone: (818) 788-5100
Facsimile: (818) 788-5199

Plaintiffs' Interim Liaison Counsel

BLOCK & LEVITON LLP
Jeffrey C. Block
Joel A. Fleming (Bar # 281264)
155 Federal Street
Boston, MA 02110
617-398-5600
617-507-6020 (Fax)
jeff@blockesq.com
joel@blockesq.com

2
**JOINT REPORT**

```
 1
 2                                    THE PASKOWITZ LAW FIRM P.C.
                                      Laurence D. Paskowitz
 3                                    208 East 51st Street Suite 380
 4                                    New York, NY 10022
                                      212-685-0969
 5                                    212-685-2306 (Fax)
 6                                    classattorney@aol.com

 7                                    Plaintiffs' Interim Co-Lead Counsel
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                 3
                           JOINT REPORT
```