David N. Lake, Esq., State Bar No. 180775
**LAW OFFICES OF DAVID N. LAKE**
  **A Professional Corporation**
16130 Ventura Boulevard, Suite 650
Encino, California 91436
Telephone: (818) 788-5100
Facsimile: (818) 788-5199
david@lakelawpc.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED ADVISORS, G.P., *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>STEPHEN BERMAN, an individual;<br>MICHAEL G. MILLER, an individual;<br>MURRAY L. SKALA, an individual;<br>ROBERT E. GLICK, an individual;<br>MARVIN ELLIN, an individual; and<br>DAN ALMAGOR, an individual;<br><br>　　　　　Defendants.<br><br>JAKKS PACIFIC, INC.,<br><br>　　　　　Nominal Defendant. | Case No. 2:14-01420-JAK (SSx)<br><br>[CONSOLIDATED]<br><br>**PLAINTIFFS' REQUEST FOR CLARIFICATION OF JUNE 12, 2015 ORDER** |

**REQUEST FOR CLARIFICATION**

Plaintiffs respectfully request clarification of the Court's June 12, 2015 Order (Dkt. 103). Specifically, the Court has requested that Plaintiffs' counsel provide additional evidentiary support concerning the request for an award of attorneys' fees in the form of declarations from counsel providing specific information about the tasks performed. Plaintiffs' counsel will provide the Court with this evidence.

Plaintiffs' counsel also intend to submit to the Court an analysis from a corporate governance expert to provide further evidence of the value of the proposed settlement for JAKKS and its shareholders and potentially experts on billing rates in the relevant jurisdiction, and the allocation of partner time and associate time. While Plaintiffs' counsel are prepared to provide the Court with this additional information, counsel is unclear if this information should be provided prior to Notice being sent or if it should be provided after Notice is sent and in connection with the application for Final Approval.

If the Court wishes to review this information prior to Notice being sent, and wishes to receive the submission from the corporate governance expert and other experts in connection with consideration of preliminary approval of the request for an award of attorneys' fees, then Plaintiffs' counsel request that they be allowed until July 24, 2015 due to the time needed to obtain thorough and well-considered experts' reports.

If, however, the Court only needs to consider, at this time, declarations from counsel providing further specifics as to the tasks performed, then Plaintiffs' counsel request that they be permitted until June 26, 2015 to file their additional declarations. In the latter scenario, the submission from the corporate governance and other experts will be submitted for the Court's consideration prior to Final Approval.

In addition, Plaintiffs' counsel anticipates requesting, pursuant to Local Rule 79-5.1 and this Court's Order Re Pilot Program for Under Seal Documents, that they

**REQUEST FOR CLARIFICATION**

be permitted to file certain information, such as attorney work-product which may be submitted in support of the attorneys' fee requests, under seal.

| | |
|---|---|
| DATED: June 15, 2015 | LAW OFFICES OF DAVID N. LAKE |
| | By:  /s/_____<br>DAVID N. LAKE<br>Liaison Counsel for Plaintiffs |

**CO-LEAD COUNSEL:**

Laurence D. Paskowitz, Esq.
**THE PASKOWITZ LAW FIRM P.C.**
208 East 51st Street, Suite 380
New York, New York 10022
212- 685-0969
212-685-2306 (fax)
classattorney@aol.com

--and—

Jeffrey C. Block, Esq.
Joel Fleming, Esq.
**BLOCK & LEVITON, LLP**
155 Federal Street
Boston, MA 02110
(617) 398-5600
jeff@blockesq.com
joel@blockesq.com

**OF COUNSEL**:

Roy L. Jacobs, Esq.
**ROY JACOBS & ASSOCIATES**
317 Madison Avenue 21st Floor
New York, NY 10017
212- 867-1156
212-504-8343 (Fax)
rjacobs@jacobsclasslaw.com

Richard A. Maniskas, Esq.
**RYAN & MANISKAS, LLP**
995 Old Eagle School Road, Suite 311
Wayne, PA  19087
484-588-5516
484-450-2582 (Fax)
rmaniskas@rmclasslaw.com