UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | LA CV14-01420 JAK (SSx) | Date | November 2, 2015 |
|---|---|---|---|
| Title | Advanced Advisors G. P. v. Stephen Berman, et al. | | |
| | *(Consolidated Case LA CV14-01670 JAK (SSx): Louisiana Municipal Police Employees Retirement System v. Stephen Berman, et al.)* | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Alex Joko |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| David N. Lake | Peter B. Morrison |
| Laurence D. Paskowitz | Diane Bang |
| Jeffrey C. Block | Matthew D. Umhofer |
| Joel E. Fleming | |
| Roy L. Jacobs | |

**Proceedings:** **PLAINTIFF'S MOTION FOR FINAL APPROVAL OF SHAREHOLDER DERIVATIVE SETTLEMENT (DKT. 121)**

**PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEY'S FEES (DKT. 120)**

**PLAINTIFF'S MOTION FOR AN ORDER PERMITTING SUBMISSION OF EXPERT DECLARATION RELYING ON DISCOVERY MATERIALS (DKT. 119)**

The motion hearing is held. The Court states its tentative views that it is inclined to grant Plaintiff's Motion for Final Approval of Shareholder Derivative Settlement (the "Settlement Motion") and deny Plaintiff's Motion for an Order Permitting Submission of Expert Declaration Relying on Discovery Materials (the "Discovery Motion"). Counsel address the Court. The Court takes the Settlement Motion, Discovery Motion, and Plaintiff's Motion for an Award of Attorney's Fees UNDER SUBMISSION and will issue a ruling.

**IT IS SO ORDERED.**

|  | : | 35 |
|---|---|---|
| Initials of Preparer | ak | |