David N. Lake, Esq., State Bar No. 180775
**LAW OFFICES OF DAVID N. LAKE**
  **A Professional Corporation**
16130 Ventura Boulevard, Suite 650
Encino, California 91436
Telephone: (818) 788-5100
Facsimile: (818) 788-5199
david@lakelawpc.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLADIMIR GUSINSKY LIVING TRUST,<br><br>    Plaintiff,<br><br>    v.<br><br>STEPHEN BERMAN, an individual; MICHAEL G. MILLER, an individual; MURRAY L. SKALA, an individual; ROBERT E. GLICK, an individual; MARVIN ELLIN, an individual; and DAN ALMAGOR, an individual;<br><br>    Defendants.<br><br>JAKKS PACIFIC, INC.,<br><br>    Nominal Defendant. | Case No. 2:14-01420-JAK (SSx)<br><br>[CONSOLIDATED]<br><br>**PLAINTIFF'S NOTICE OF LODGING OF PROPOSED ORDER RE: REQUEST FOR STATUS CONFERENCE** |

1  Plaintiff hereby gives notice of lodging of a Proposed Order granting his
2  Request for a Status Conference. The Proposed Order granting Plaintiff's pending
3  motions for final approval of the derivative settlement (the "Approval Motion") and
4  for an award of attorney's fees and expenses (the "Fee Motion")—which are the
5  subject of Plaintiff's Request for Status Conference—was previously filed at Docket
6  No. 121-1.

7  DATED: October 4, 2016          RESPECTFULLY SUMBITTED,
8                                  LAW OFFICES OF DAVID N. LAKE

11                                 By:   /s/
                                   DAVID N. LAKE
12                                 Liaison Counsel for Plaintiffs

13 **CO-LEAD COUNSEL:**
14 Laurence D. Paskowitz, Esq.
15 **THE PASKOWITZ LAW FIRM P.C.**
   208 East 51st Street, Suite 380
16 New York, New York 10022
17 212- 685-0969
   212-685-2306 (fax)
18 classattorney@aol.com

19
   --and—
20
21 Jeffrey C. Block, Esq.
   Joel Fleming, Esq.
22 **BLOCK & LEVITON, LLP**
23 155 Federal Street
   Boston, MA 02110
24 (617) 398-5600
25 jeff@blockesq.com
   joel@blockesq.com
26

27

28
   PLAINTIFF'S NOTICE OF LODGING OF PROPOSED ORDER RE: REQUEST FOR STATUS
                                  CONFERENCE

| | |
|---|---|
| 1 | **OF COUNSEL**: |
| 2 | Roy L. Jacobs, Esq. |
| 3 | **ROY JACOBS & ASSOCIATES**<br>317 Madison Avenue 21st Floor |
| 4 | New York, NY 10017 |
| 5 | 212- 867-1156<br>212-504-8343 (Fax) |
| 6 | rjacobs@jacobsclasslaw.com |
| 7 | Richard A. Maniskas, Esq. |
| 8 | **RYAN & MANISKAS, LLP** |
| 9 | 995 Old Eagle School Road, Suite 311<br>Wayne, PA  19087 |
| 10 | 484-588-5516 |
| 11 | 484-450-2582 (Fax)<br>rmaniskas@rmclasslaw.com |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |